Order entered January 7, 2013

000032



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01359-CV

### CITY OF MCKINNEY, Appellant

### V.

### HANK'S RESTAURANT GROUP, L.P., Appellee

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-03124-2012**

## ORDER

The Court has before it appellant's December 27, 2012 unopposed motion for extension of time to file reply brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its reply brief within four days of the date of this order.

/s/ MOLLY FRANCIS
JUSTICE